**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| JOSHUA ROY WARD, | Case No. 3:25-CV-00338-MMD-CLB |
| Plaintiff, | **ORDER STRIKING NOTICE** |
| v. | [ECF No. 58] |
| N. BREITENBACH, *et al.*, | |
| Defendants. | |

On July 13, 2026, Plaintiff Joshua Roy Ward ("Ward") filed a "Notice of Unexecuted Summons." (ECF No. 58.) The filing asks the Court to take notice that summons for Defendant Egerton were returned unexecuted. (*Id.*) The notice further asks the Court to cause Egerton to be served at his place of employment. (*Id.*) This notice is improper and is therefore stricken from the docket for the reasons stated below.

On October 13, 2021, the Court entered General Order No. 2021-05 ("GO 2021-05"), setting forth certain requirements and limitations for filings in Pro Se Inmate Non-Habeas Civil Rights cases. That order explicitly states the following:

> Parties must not file "notices" or "letters" with the Court unless it is to notify the Court of procedural changes such as changes of address or notices of a change in counsel." Parties must not use notices or letters to ask the Court to rule on a motion. A request for the Court to rule on something must be filed as a motion. Improperly filed "notices" or "letters" will be stricken from the docket.

GO 2021-05 § 3(d).

Ward's notice therefore clearly violates GO 2021-05 because it is not intended to inform the Court of a procedural change and impermissibly asks the Court to rule on something. Consequently, the notice will be stricken from the docket. To the extent Ward seeks the Court act or rule on something, he must file a properly supported motion.

///

///

**IT IS THEREFORE ORDERED** that Ward's notice, (ECF No. 58), is hereby **STRICKEN**.

**DATED**: July 14, 2026.

_____
**UNITED STATES MAGISTRATE JUDGE**